UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BOMINI
CLERK

No: 03-3775

04 JAN -8 PM 3:53

Filed: January 6, 2004

SHARON CARR

1:00-CV-697

    Plaintiff - Appellant

v.

TOM SWEENEY, INC.

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 12/15/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ...........$
Printing ............$

    Total ..........$

Robin Duncan
Deputy Clerk